# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ALEXANDER T. CROCKETT,

    Plaintiff(s),

V.                                CASE NO. 24-10662
                                    HON. LINDA V. PARKER

AUDI OF AMERICA, LLC,

    Defendant(s).
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 4] on April 1, 2024; Accordingly, the above-entitled action is **DISMISSED WITHOUT PREJUDICE AND WITHOUT COSTS**.

                                        s/Linda V. Parker
                                        Linda V. Parker
                                        United States District Judge

Dated: April 1, 2024

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 1, 2024, by electronic and/or ordinary mail.

                                        s/A. Flanigan
                                        Case Manager